NICHOLAS KING A.D.C. #247402
_Name and Prisoner/Booking Number_

A.S.P.C. LEWIS BACHMAN UNIT
_Place of Confinement_

P.O. BOX 3500
_Mailing Address_

BUCKEYE, AZ 85326
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| ☒ FILED | ☐ LODGED |
|---|---|

**Sep 03 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

NICHOLAS LORIN KING,
_(Full Name of Plaintiff)_

Plaintiff,

v.

(1) PAUL PENZONE, SHERIFF MARICOPA COUNTY
_(Full Name of Defendant)_

(2) MARICOPA COUNTY SHERIFFS OFFICE,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-20-01754-PHX-DLR-JFM**
_(To be supplied by the Clerk)_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

( JURY TRIAL DEMANDED )

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: 4th AVE JAIL, PHOENIX MARICOPA COUNTY ARIZONA

Revised 3/11/16

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: PAUL PENZONE_____.  The first Defendant is employed
as: ___SHERIFF_____ at_MARICOPA COUNTY SHERIFFS OFFICE
               (Position and Title)                             (Institution)

2.  Name of second Defendant: M. C. S.O._____.  The second Defendant is employed as:
as: SHERIFFS OFFICE_____ at MARICOPA COUNTY SHERIFFS OFFICE
               (Position and Title)                             (Institution)

3.  Name of third Defendant: _____.  The third Defendant is employed
as: _____ at_____.
               (Position and Title)                             (Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed
as: _____ at_____.
               (Position and Title)                             (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes   ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____.

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____.

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## PRELIMINARY STATEMENT

PLAINTIFF IS CURRENTLY SERVING A 14-YEAR TERM IN THE ARIZONA DEPARTMENT OF CORRECTIONS, WHICH BEGAN ON 4/20/2018. PLAINTIFF IS A PROTECTIVE SEGREGATION INMATE HOUSED AT LEWIS COMPLEX: BUCKEYE, ARIZONA. PLAINTIFF WAS TRANSPORTED TO MARICOPA COUNTY JAIL ON 11/14/2019 TO ATTEND A CUSTODY HEARING FOR HIS DAUGHTER ON 11/19/2019.

PLAINTIFF WAS HOUSED IN A GENERAL POPULATION POD BY M.C.S.O STAFF AT 4TH AVE JAIL IN PHOENIX, DESPITE HIS COMPLAINTS OF SAFETY CONCERNS AND REQUESTS FOR PROTECTIVE SEGREGATION.

PLAINTIFF WAS BRUTALLY ASSAULTED BY MULTIPLE INMATES ON 11/23/2019 AT APPROXIMATELY 6:00PM, WHILE SITTING AT A TABLE LOCATED IN THE POD, 3RD FLOOR, 3F100.

PLAINTIFF WAS IMMEDIATELY TRANSPORTED BY AMBULANCE TO VALLEY-WISE HOSPITAL IN PHOENIX, ARIZONA. X-RAYS AND SCANS OF DEFENDANTS HEAD REVEALED A BROKEN JAW, BROKEN TEETH, BROKEN SINUS CAVITY, BROKEN CHEEK BONE AND BROKEN ORBITAL SOCKET.

ON 11/24/2019 AT 6:00AM, PLAINTIFF WAS OPERATED ON BY PLASTIC SURGEONS DR. LETIRI AND DR. TAYLOR. PLATES WERE PLACED IN VARIOUS PLACES ON THE RIGHT SIDE OF PLAINTIFFS FACE.

DR. LETIRI INFORMED PLAINTIFF THAT CATASTROPHIC DAMAGE WAS DONE TO THE OPTICAL NERVE THAT CONTROLS THE RIGHT EYE, AND THAT PLAINTIFFS VISION COULD BE PERMANENTLY COMPROMISED.

PLAINTIFF HAS SEEN MULTIPLE SPECIALISTS SINCE THE ATTACK, AND THE CONSENSUS IS THAT PLAINTIFF WILL HAVE PERMANENT BLURRED AND DOUBLED VISION. SUBSEQUENT SURGERIES ARE REQUIRED.

## STATEMENT OF FACTS

1.)   PLAINTIFF HAS BEEN CLASSIFIED BY THE DEPARTMENT OF CORRECTIONS AS A PROTECTIVE SEGREGATION INMATE SINCE JULY OF 2014, PER HIS "AIMS" FILE.

2.) THE DEPARTMENT OF CORRECTIONS USES AN "AIMS" SYSTEM TO MANAGE THE INMATE POPULATION. THEY SHARE INMATE MANAGEMENT INFORMATION WITH OTHER AGENCIES THROUGH THE AIMS SYSTEM.

3.) PLAINTIFF WAS ARRESTED ON 12/03/2017, IN MARICOPA COUNTY. DURING PROCESSING, PLAINTIFF INFORMED THE CLASSIFICATION SUPERVISOR THAT HE WAS AN EX-MEMBER OF A SECURITY THREAT GROUP, AND THAT HIS LIFE WAS IN DANGER (EXHIBIT A).

4.) THE CLASSIFICATION SUPERVISOR RAN THE PLAINTIFF'S "AIMS" FILE, AND CLEARED PLAINTIFF FOR GENERAL POPULATION. (EXHIBIT A). M.C.S.O. STAFF INFORMED PLAINTIFF THAT HE DIDN'T QUALIFY FOR PROTECTIVE SEGREGATION, DESPITE HIS REQUESTS.

5.) M.C.S.O. HAS A POLICY AND PRACTICE OF SEGREGATING INMATES WHO HAVE SAFETY CONCERNS. M.C.S.O. COORDINATES WITH THE DEPARTMENT OF CORRECTIONS THROUGH "AIMS" IN DETERMINING WHO QUALIFIES FOR PROTECTIVE SEGREGATION.

6.) M.C.S.O. ALSO HAS A POLICY AND PRACTICE OF SEGREGATING MEMBERS AND EX-MEMBERS OF SECURITY THREAT GROUPS FROM GENERAL POPULATION.

7.)   PLAINTIFF IS CURRENTLY SERVING A 14-YEAR TERM IN THE DEPARTMENT OF CORRECTIONS, WHICH BEGAN ON 4/20/2018.

8.) PLAINTIFF HAS BEEN A PROTECTIVE SEGREGATION INMATE IN THE DEPARTMENT OF CORRECTIONS SINCE JULY OF 2014.

9.) PLAINTIFF IS HOUSED ON A PROTECTIVE SEGREGATION YARD AT LEWIS COMPLEX IN BUCKEYE, ARIZONA.

10.) ON 11/14/2019, PLAINTIFF WAS TRANSPORTED FROM A PROTECTIVE SEGREGATION YARD ON LEWIS COMPLEX BY M.C.S.O. TO MARICOPA COUNTY JAIL TO ATTEND A CUSTODY HEARING FOR HIS DAUGHTER, ON 11/19/2019 AT 1:30 PM AT THE SOUTHWEST MESA FAMILY COURT.

11.) M.C.S.O. PROCESSED PLAINTIFF AT 4ᵗʰ AVE JAIL ON 11/14/2019. DURING CLASSIFICATION, PLAINTIFF INFORMED THE CLASSIFICATION STAFF THAT HE WAS AN EX-MEMBER OF A SECURITY THREAT GROUP, THAT HE CAME FROM A PROTECTIVE SEGREGATION YARD IN BUCKEYE, AND THAT HIS LIFE WAS IN DANGER.

12.) PLAINTIFF HAD ALREADY INFORMED M.C.S.O. STAFF THAT HIS LIFE WAS IN DANGER ON 12/03/2017 (EXHIBIT A), BUT WAS STILL PLACED IN GENERAL POPULATION.

13.) PLAINTIFF WAS CLASSIFIED AND HOUSED IN A GENERAL POPULATION POD AT 4ᵗʰ AVE JAIL, 3RD FLOOR, 3F100, CELL 36 ON 11/14/2019.

14.) ON 11/23/2019, AT APPROXIMATELY 6:30PM, WHILE SITTING AT A TABLE LOCATED IN THE MIDDLE OF THE POD AT 4ᵗʰ AVE JAIL, 3RD FLOOR, 3F100, PLAINTIFF WAS PARTICIPATING IN A BIBLE STUDY WHEN HE WAS BRUTALLY ATTACKED BY MULTIPLE INMATES.

15.) M.C.S.O. STAFF SAW THE ASSAULT, AND A STAFF MEMBER CAME INTO THE POD, AND ESCORTED PLAINTIFF TO MEDICAL LOCATED ON THE 3RD FLOOR OF 4ᵗʰ AVE JAIL.

16.) MEDICAL STAFF BEGAN TAKING PLAINTIFFS VITALS, AND ASSESSING PLAINTIFFS INJURIES. AN M.C.S.O. SUPERVISOR TOOK PICTURES OF PLAINTIFFS FACE, AND BROKEN TEETH.

17.) MEDICAL STAFF IMMEDIATELY DETERMINED THAT PLAINTIFF NEEDED TO GO TO THE HOSPITAL.

18.) PARAMEDICS ARRIVED AT THE JAIL PROMPTLY, AND TRANSPORTED PLAINTIFF TO VALLEYWISE HOSPITAL LOCATED NOT FAR FROM THE JAIL IN PHOENIX

19.) VALLEYWISE STAFF PERFORMED A CAT SCAN AND X-RAY OF PLAINTIFFS HEAD. VALLEYWISE STAFF INFORMED PLAINTIFF THAT HE HAD A BROKEN JAW, BROKEN CHEEK BONE, BROKEN SINUS CAVITY AND BROKEN ORBITAL SOCKET, THEY SCHEDULED SURGERY IMMEDIATELY.

20.) ON 11/24/2019, AT 6:00AM, PLASTIC SURGEONS DR. LETIRI AND DR. TAYLOR PERFORMED RECONSTRUCTIVE SURGERY ON PLAINTIFF, PLACING METAL PLATES IN VARIOUS PLACES OF PLAINTIFFS FACE, AND ENCASED PLAINTIFFS RIGHT EYE IN METAL.

21.) WHEN PLAINTIFF AWOKE FROM SURGERY, DR. LETIRI INFORMED HIM THAT HE SUSTAINED CATASTROPHIC DAMAGE TO HIS RIGHT OPTICAL NERVE, AND THAT HIS VISION WILL BE DOUBLE AND BLURRED. DR. LETIRI TOLD PLAINTIFF THAT SUBSEQUENT SURGERIES WILL BE REQUIRED TO TRY AND SAVE HIS VISION, BUT THERE IS A PROBABILITY THAT HIS VISION WILL BE PERMANENTLY COMPROMISED.

22.) PLAINTIFF WAS HOUSED IN THE INTENSIVE CARE UNIT AT VALLEYWISE HOSPITAL FOR 6 DAYS TO STABILIZE FROM THE ASSAULT.

23.) ON 11/29/2019, PLAINTIFF WAS RELEASED FROM VALLEYWISE HOSPITAL, AND TRANSPORTED BACK TO 4th AVE JAIL. UPON ARRIVAL, AN M.C.S.O. SUPERVISOR INFORMED PLAINTIFF THAT HE COULD NOT

HOUSE IN GENERAL POPULATION, THAT HIS LIFE WAS IN DANGER, AND THAT HE WOULD BE PLACED IN PROTECTIVE SEGREGATION.

24.) M.C.S.O. STAFF PLACED PLAINTIFF ON THE 2ND FLOOR OF 4th AVE JAIL, IN SEGREGATION FOR A FEW HOURS WHILE HE WAITED FOR TRANSPORT TO TAKE HIM TO LOWER BUCKEYE JAIL, A PROTECTIVE SEGREGATION FACILITY.

25.) PLAINTIFF WAS TRANSPORTED TO LOWER BUCKEYE JAIL ON 11/29/2019, A PROTECTIVE SEGREGATION UNIT. LOWER BUCKEYE JAIL STAFF INFORMED PLAINTIFF THAT HE WOULD BE TRANSPORTED BACK TO D.O.C. WITHIN A DAY OR TWO.

26.) ON 12/3/2019, M.C.S.O. TRANSPORTED PLAINTIFF BACK TO D.O.C., LEWIS COMPLEX, BUCKLEY UNIT.

27.) ON 12/9/2019, PLAINTIFF WAS SEEN BY PROVIDER CORONADO AT BUCKLEY UNIT. WORRIED ABOUT PLAINTIFFS EYE, MRS. CORONADO HAD PLAINTIFF IMMEDIATELY TRANSPORTED TO VALLEYWISE HOSPITAL TO BE SEEN BY EYE SPECIALIST DR. HELLER.

28.) DR. HELLER PERFORMED A SERIES OF TESTS ON PLAINTIFFS EYE, AND INFORMED HIM THAT THE DOUBLE VISION AND BLURRINESS IN HIS EYE SIGHT MAY BE PERMANENT. DR. HELLER TOLD PLAINTIFF THAT SUBSEQUENT SURGERIES WOULD BE REQUIRED TO SAVE HIS VISION.

29.) DR. HELLER ORDERED PLAINTIFF BACK IN 90 DAY'S TO ALLOW THE SWELLING TO GO DOWN.

30.) WANTING A SECOND OPINION, D.O.C. SENT PLAINTIFF TO ANOTHER EYE SPECIALIST, DR. BERBOS IN PHOENIX ON 2/13/20. DR. BERBOS INFORMED PLAINTIFF THAT COMPROMISED VISION IS MOST LIKELY PERMANENT, BUT SUBSEQUENT SURGERIES COULD BE DONE TO

MANIPULATE THE EYE MUSCLES TO TRY AND SAVE HIS VISION.

31.) ON 6/17/2020, PLAINTIFF WAS SENT BACK TO DR. HELLER. DR. HELLER ORDERED THAT HE BE SENT BACK TO PLASTIC SURGEON DR. LETIRI TO SEE IF HE WANTED FIRST CRACK AT OPERATING BECAUSE HE PLACED THE PLATES IN PLAINTIFFS FACE AND WOULD HAVE MORE INTIMATE KNOWLEDGE OF SITUATION.

32.) ON 7/14/2020, PLAINTIFF WAS TRANSPORTED TO 5TH AVE AND OSBOURNE IN PHOENIX TO HAVE A CAT SCAN OF HIS HEAD.

33.) PAUL PENZONE, MARICOPA COUNTY SHERIFF, AND MARICOPA COUNTY SHERIFFS OFFICE, KNEW THAT THERE WAS A SUBSTANTIAL RISK THAT PLAINTIFF WOULD BE SERIOUSLY HARMED BY BEING HOUSED IN GENERAL POPULATION.

34.) DEFENDANTS FAILED TO RESPOND REASONABLY TO PROTECT PLAINTIFF.

35.) THERE WERE NO ADMINISTRATIVE REMEDIES OR GRIEVANCE PROCEDURES AVAILABLE FOR PLAINTIFF TO EXHAUST. FROM THE TIME PLAINTIFF GOT BACK FROM THE HOSPITAL, 11/29/2019, HE WAS ONLY IN M.C.S.O. CUSTODY FOR 4 DAYS, THANKSGIVING WEEKEND, BEFORE HE WAS TRANSPORTED BACK TO D.O.C. PLAINTIFF WAS IN EXTREMELY ROUGH SHAPE DURING THOSE 4 DAYS, AND WAS UNSURE OF WHERE HE WAS. THERE WAS NO OPPORTUNITY TO GRIEVE THE FAILURE TO PROTECT, OR GET A RESPONSE FROM ADMINISTRATION. NOR COULD HE GRIEVE M.C.S.O. AFTER 12/3/2019, BECAUSE HE WAS TRANSPORTED BACK TO LEWIS COMPLEX PRISON.

### D.  CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th AMENDMENT OF UNITED STATES CONSTITUTION.

2. **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: FAILURE TO PROTECT

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   36.) DEFENDANT PENZONE AND M.C.S.O. WHILE ACTING UNDER COLOR OF STATE LAW, VIOLATED PLAINTIFFS CLEARLY ESTABLISHED RIGHTS UNDER THE 8th AMENDMENT BY THEIR DELIBERATE INDIFFERENCE OF FAILING TO PROTECT PLAINTIFF. DEFENDANTS KNEW THERE WAS A SUBSTANTIAL RISK THAT PLAINTIFF WOULD BE SERIOUSLY HARMED BY BEING PLACED IN GENERAL POPULATION, AND THEY FAILED TO RESPOND REASONABLY TO PROTECT PLAINTIFF. IT WAS WITHIN THE SCOPE OF DEFENDANTS DUTY AND AUTHORITY TO TAKE REASONABLE STEPS TO ALLEVIATE KNOWN THREATS TO PLAINTIFFS SAFETY, DEFENDANTS HAD ACTUAL KNOWLEDGE OF THE THREAT TO PLAINTIFFS LIFE, AND FAILED TO RESPOND. DEFENDANTS INFLICTED UNNECESSARY AND WANTON PAIN AND SUFFERING; TERRIBLE INJURY; CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE 8th AMENDMENT. PAUL PENZONE AND DEFENDANTS ARE SUED INDIVIDUALLY AND IN OFFICIAL CAPACITY FOR COMPENSATORY RELIEF AND DAMAGES AND OTHER RELIEF IN LAW OR EQUITY THE COURT DEEMS FIT.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   SEE PAGES 10 AND 11, # 42-51

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count I?     ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?     ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEE PAGE 8, # 35

9

37.) DEFENDANT PENZONE ACTED UNDER COLOR OF STATE LAW AND HAD A DUTY TO REASONABLY PROTECT PLAINTIFFS SAFETY.

38.) WHILE HAVING ACTUAL KNOWLEDGE OF PLAINTIFF'S PROTECTIVE SEGREGATION STATUS, DEFENDANTS FAILED TO ACT TO ALLEVIATE A KNOWN THREAT TO PLAINTIFFS HEALTH AND SAFETY BY PLACING HIM IN GENERAL POPULATION.

39.) DEFENDANTS VIOLATED PLAINTIFFS CLEARLY ESTABLISHED RIGHTS. NO REASONABLE OFFICIAL ACTING AT THAT TIME; OR WITH THE KNOWLEDGE DEFENDANTS HAD, WOULD HAVE SUBJECTED PLAINTIFF, OR WOULD HAVE ALLOWED HIM TO BE SUBJECTED TO SUCH A THREAT TO PLAINTIFFS LIFE.

40.) AS A DIRECT AND PROXIMATE CAUSE OF DEFENDANTS ACTS, PLAINTIFF ENDURED THE UNNECESSARY INFLICTION OF WANTON PAIN AND SUFFERING, WHICH AMOUNTED TO CRUEL AND UNUSUAL PUNISHMENT, IN VIOLATION OF THE 8th AMENDMENT.

41.) PAUL PENZONE AND M.C.S.O. ARE SUED INDIVIDUALLY AND IN OFFICIAL CAPACITY FOR COMPENSATORY RELIEF AND DAMAGES.

## INJURIES

42.) CATASTROPHIC AND BRUTAL INJURIES TO FACE AND HEAD.

43.) BROKEN FRONT TEETH, BROKEN JAW, BROKEN SINUS CAVITY, BROKEN ORBITAL SOCKET, BROKEN CHEEK BONE.

44.) SEVERE DAMAGE TO RIGHT OPTICAL NERVE.

45.) VISION SEVERELY COMPROMISED.

46.) VISION DOUBLED AND BLURRIED, TWO SPECIALISTS SAY IT IS LIKELY PERMANENT.

47.) SEVERE PAIN, LOSS OF FEELING IN RIGHT SIDE OF FACE.

48.) EQUILIBRIUM AND DEPTH PERCEPTION COMPLETELY COMPROMISED, AS A RESULT OF BLURRIED AND DOUBLE VISION. PLAINTIFF WOULD NOT BE ABLE TO OPERATE A VEHICLE SAFELY. DAY TO DAY TASKS LIKE WALKING, AND SEEING STRAIGHT, OR TYING SHOES IS EXTREMELY DIFFICULT.

49.) EMOTIONAL, PSYCHOLOGICAL, MENTAL SUFFERING; PTSD; ANXIETY, SLEEP DEPRIVATION, SHOCK, FEAR, EMBARASSMENT.

50.) SUBSEQUENT SURGERIES REQUIRED TO ATTEMPT TO SAVE EYE SIGHT.

51.) PAST, PRESENT, FUTURE PAIN, SUFFERING.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

(1) DECLARATION THAT CONSTITUTIONAL RIGHTS WERE VIOLATED (2) COSTS,
FEES, DAMAGES, AWARDS, PAST, PRESENT, FUTURE PAIN, SUFFERING,
(3) WAIVE INCARCERATION FEES, (4) OTHER RELIEF IN LAW OR EQUITY THE
COURT DEEMS FIT, (5) WAIVER OF PLRA AWARD DIVERSION.

_____

_____

_____


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/3/2020
_____          _____
DATE                             SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# EXHIBIT A

## (2 PAGES)

EXHIBIT A 1 OF 2

8/6/2018 3:53 AM                    **COURT CARDS**                        31

T452482   |||||||||||||||||||||||||||||||||||||||||||||||||||

B03     KING        NICHOLAS  4AVE3 D234   Male  Race: W  DOB: 05/29/86
        Class: MAX G      Arrest Date: 04/20/18
        Court: 07631   MESA MAGISTRATE COURT        Time: 0830 HEARING
        Destination: 250 E. 1ST AVENUE
        Case: 2017064071    FAIL TO COMPLY-COURT ORDE  Counts: 001  Bond:
        $500.00
        Case: 2017068715    ASSAULT-INTENT/RECKLESS/I  Counts: 001  Bond:
        $500.00
        Case: 2017068715    FAIL TO COMPLY-COURT ORDE  Counts: 001  Bond:
        Case: 2017074955    DRUG PARAPHERNALIA-POSSES  Counts: 001  Bond:
        $500.00
        Case: 2017074955    REFUSE TO SIGN CITATION   Counts: 001  Bond:
        **** KEEPAWAY ****  NONE
        **** COMMENTS ****
        TRN - NONE
        WRN - PRIOR DOC TERM (AZ'09) A9555,042218,CLASS
        WRN - HX OF INST BEH PROB. RCLSD MIN TO MED FOR MULTI DARS ON
        (2
        WRN - 072009. PER AIMS, ASLT ON I/M ('10) RIOT ('13). A9555,   (2
        WRN - 042218,CLASS                      (2
        WRN - PRIOR DOC TERM (AZ'09) B1781 122517 CLASS
        WRN - HX OF INST'L BEHAVIOR-PAST RECLASS MIN TO MED DUE TO MULTI
        (2
        WRN - DARS ON 07/20/09 (BKG #P482468); PER PRIOR AIMS REPORT ON (2
        WRN - BKG T417643, ASLT ON I/M ('10) AND RIOTING ('13) AT AZ DOC(2
        WRN - B1781 122517 CLASS                    (2
        WRN - AKA DOB: 05/28/86 B1781 122517 CLASS
        WRN - AKA SSN: 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 B1781 122517 CLASS
        WRN - PAST DOC TERM (AZ-'09). B1770 12/03/17 CLASS.
        WRN - HX OF INST'L VIOL/BEHAVIOR-PER PRIOR BKG T400324 RECLASS  (1
        WRN - MIN-G TO MED-G DUE TO MULTI DARS (07/02/09). B1770     (1
        WRN - 12/03/17 CLASS.                       (1
        WRN - HX OF INSTIT BEHAVIOR:PER DOC AIMS REPORT,X1 ASSLT ON I/M
        (1
        WRN - (10),X1 RIOT(13) WRITE UPS. A4701 120317 CLASS        (1
        WRN - AIMS RAN BY SUPERVISOR,I/M OK FOR GP. A4701 120317 CLASS
        WRN - PRIOR DOC TERM (AZ'09 X4) B3753 092417 CLASS
        WRN - HX INST'L BEHAVIOR: PRIOR RCLS MIN TO MED DUE TO MULTIPLE
        (1
        WRN - DARS 072009 PER BKING P482468 B3753 092417 CLASS        (1
        WRN - AKA SSNS,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,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 A9171 063008 CLASS
        WRN - AKA SS#: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 B0696 11/15/08 CLASS
        WRN - RCLS MIN TOP MED, MULTI DARS A2983 072009
        GNG - PER AIMS. I/M SUSPECT ARYAN BROTHERHOOD STG. A9555,042218
        (1
        GNG - CLASS                13           (1

DATE 12/03/17

EXHIBIT A 2 OF 2

8/6/2018 3:53 AM

# COURT CARDS

32

B03     GNG - PER PRIOR AIMS REPORT ON BKG T417643, INMATE IS A SUSPECT
(1
GNG - MEMBER OF ARYAN BROTHERHOOD STG AT AZ DOC B1781 122517
CLS(1
GNG - PER I/M ASSOC OF ARYAN BROTHERHOOD. B1770 12/03/17 CLASS
GNG - PER DOC AIMS REPORT,I/M IS SUSPECT A.B. A4701 120317 CLASS
AKA - NONE
HLD - AZ0072900 20182024     PROBATION VIOLATION          $500.00
PRB - NONE

**** OTHER CASES ****          COURT  NXT CRT DT    BOND  DISP

| | COURT | NXT CRT DT | BOND | DISP |
|---|---|---|---|---|
| CRIM TRESP 3RD DEG/PROPERT | 07528 | | | RLSD-CRT ORDER |
| TAKING IDENTITY OF ANOTHER | 07528 | | | RLSD-CRT ORDER |
| FAIL TO COMPLY-COURT ORDER | 07625 | | | RLSD-TIME EXPIR |
| DISORDERLY CONDUCT-FIGHTIN | 07671 | | | RLSD-TIME EXPIR |
| UNLAW FAIL RETURN RENTED P | BAILC | | | R/CASE DSMSD |
| DANGEROUS DRUG-POSS/USE | CMC01 | 08/30/18 | $2,000.00 | BOUND OVER |
| NARCOTIC DRUG-POSSESS/USE | CMC01 | 08/30/18 | | BOUND OVER |
| DISORDERLY CONDUCT-FIGHTIN | CMC01 | 08/30/18 | | BOUND OVER |
| TAKE CONTRABAND IN CORR FA | CMC01 | 08/30/18 | | BOUND OVER |
| KIDNAP-RANSOM/HOSTAGE | CMC01 | 08/30/18 | | BOUND OVER |
| AGG ASLT-VICTIM BOUND/REST | CMC01 | 08/30/18 | | BOUND OVER |
| UNLAW FAIL RETURN RENTED P | CMC01 | 08/30/18 | *** NO BOND *** | BOUND OVER |
| UNLAWFUL IMPRISONMENT | RCCT2 | | | NOT FILED BY CA |
| AGGRAVATED ASSAULT | RCCT2 | | | NOT FILED BY CA |
| DRUG PARAPHERNALIA-POSSESS | RCCT2 | | | NOT FILED BY CA |

CIRCLE PROPER CASE DISPOSITION:  Held to Answer  Hearing  Trial
Sentence
DISPOSITION: _____
BY: _____

14