**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NICHOLAS LORIN KING | CV 20-01754-PHX-DLR-(JFM) |
| DEFENDANT | TYPE OF PROCESS |
| PAUL PENZONE ET AL. | SUBPOENA/~~COMPLAINT~~/ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: MARICOPA COUNTY SHERIFFS OFFICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): PHOENIX, AZ   (3200 W. Lower Buckeye Rd., Phoenix, AZ 85009)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
NICHOLAS LORIN KING #247402
ARIZONA STATE PRISON COMPLEX - LEWIS - BACHMAN
P.O. BOX 3500
BUCKEYE, AZ 85326

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

NAME AND INFORMATION OF CLASSIFICATION ~~BOOKING~~ OFFICERS THAT PROCESSED PLAINTIFF INTO 4th AVE JAIL ON NOVEMBER 14, 2019.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Nicholas King*
TELEPHONE NUMBER:
DATE: 1-13-2021

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 1-22-21 |
|---|---|---|---|---|---|
| | 2 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 1/25/21   Time: 10:27 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: B

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 29 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $0.56 | | $65.56 | | $65.56 |

REMARKS:

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__NICHOLAS LORIN KING__
*Plaintiff*

v.

__PAUL PENZONE ET AL__
*Defendant*

Civil Action No. CV-20-01754-PHX-DLR-JFM

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: __MARICOPA COUNTY SHERIFF'S OFFICE__
*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __NAMES AND INFORMATION OF CLASSIFICATION OFFICERS THAT PROCESSED PLAINTIFF INTO 4th AVE JAIL ON NOV. 14th, 2019__

| Place: 4th AVE JAIL, PHX AZ | Date and Time: NOVEMBER 14th, 2019 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK                                                              OR

_____                                    _____
                                                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

ISSUED ON 5:18 pm, Dec 14, 2020
s/ Debra D. Lucas, Clerk

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* Maricopa County Sheriffs Office
on *(date)* 1/25/21 .

☑ I served the subpoena by delivering a copy to the named person as follows: Craig Kaiser (A3436) (Legal Department)

on *(date)* 1/25/21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ $0.56 for travel and $ $65.00 for services, for a total of $ $65.56 .

I declare under penalty of perjury that this information is true.

Date: 1/25/21

_Cody Bresnak_
Server's signature

Cody Bresnak DUSM
Printed name and title

401 W. Washington St. Phoenix AZ 85003
Server's address

Additional information regarding attempted service, etc.: