1. NICHOLAS KING
2. #247402
3. A.S.P.C. LEWIS BACHMAN
4. P.O. BOX 3500
5. BUCKEYE, AZ 85326
6.
7.             UNITED STATES DISTRICT COURT
8.                 DISTRICT OF ARIZONA
9.
10. NICHOLAS KING            | NO. CV-20-01754-PHX-DLR (JFM)
11.     PLAINTIFF            |
12.                          | MOTION FOR COMPLIANCE
13. V.                       | (ORAL ARGUMENT REQUESTED)
14.                          |
15. PAUL PENZONE, ET. AL.    | HONORABLE RAYES PRESIDING
16.     DEFENDANTS           |
17.
18.   COMES NOW, PLAINTIFF, IN PRO SE, HUMBLY REQUESTING THIS
19. HONORABLE COURT TO ORDER DEFENDANTS TO COMPLY WITH THE
20. SUBPOENA ORDERED IN THIS CASE.
21.   PLAINTIFF WAS HAVING DIFFICULTY SENDING MARICOPA COUNTY
22. SHERIFF'S OFFICE LEGAL LIAISON ONE DOLLAR FROM HIS BOOKS,
23. SO PLAINTIFF'S LOVED ONE, LETITIA MACKENZIE, SENT A MONEY
24. ORDER TO DEFENDANT TO RETRIEVE DOCUMENTS FOR PLAINTIFF.
25.   ON 7/21/2021, LETITIA MACKENZIE RECEIVED THE 4 PAGES
26. OF DOCUMENTS REQUESTED IN THE SUBPOENA. IT CONTAINED A LIST
27. OF 140 OFFICERS THAT WERE ON SHIFT ON NOVEMBER 14, 2019,

1. THE DAY THAT PLAINTIFF WAS PROCESSED INTO MARICOPA
2. COUNTY 4th AVE. JAIL.
3. ON THE LIST OF 140 OFFICERS, THERE WERE LINES POINTING
4. TO THREE OFFICERS, M. CASTILLO # B2178, D. CHAVEZ # B0687,
5. AND M. CROCK # A8585.
6. ON 7/21/2021, LETITIA MACKENZIE CONTACTED M.C.S.O. LEGAL
7. LIAISON DEPARTMENT AND SPOKE TO KELLY SNARR. LETITIA ASKED
8. MR. SNARR IF THE 3 OFFICERS INDICATED ON THE LIST WERE THE
9. BOOKING OFFICERS AND CLASSIFICATION OFFICERS THAT PROCESSED
10. PLAINTIFF INTO THE JAIL. MR. SNARR STATED HE DID NOT KNOW.
11. THE SUBPOENA REQUESTED THE NAMES OF THE BOOKING OFFICERS
12. AND CLASSIFICATION OFFICERS THAT PROCESSED PLAINTIFF INTO
13. 4th AVE JAIL ON NOVEMBER 14, 2019. DEFENDANTS ARE NOT
14. IN COMPLIANCE WITH THE SUBPOENA ORDERED BY THIS HONORABLE
15. COURT.
16. CONSEQUENTLY, PLAINTIFF REQUESTS THIS HONORABLE COURT
17. TO ORDER DEFENDANTS TO COMPLY WITH THE SUBPOENA AND PRODUCE
18. THE NAMES OF THE OFFICERS WHO BOOKED AND PROCESSED AND
19. CLASSIFIED PLAINTIFF INTO 4th AVE JAIL ON NOVEMBER 14th, 2019.
20.
21. RESPECTFULLY SUBMITTED THIS 22th DAY OF JULY, 2021.
22.                                                              /s/ Nicholas King
23.
24.
25.
26.
27.