☒ FILED ☐ LODGED

**Jul 22 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1. NICHOLAS KING
2. #247402
3. A.S.P.C. LEWIS BACHMAN
4. BUCKEYE, AZ 85326
5. P.O. BOX 3500
6.
7.        UNITED STATES DISTRICT COURT
8.            DISTRICT OF ARIZONA
9.
10. NICHOLAS L. KING        | NO. CV-20-01754-PHX-DLR(JFM)
11.     PLAINTIFF           |
12.                         | MOTION TO SUBSTITUTE NAMES
13. V.                      | OF DEFENDANTS
14.                         | (ORAL ARGUMENT REQUESTED)
15. PAUL PENZONE ET. AL.    | HONORABLE RAYES PRESIDING
16.     DEFENDANTS          |
17.
18.    COMES NOW, PLAINTIFF, IN PRO SE, HUMBLY REQUESTING THIS
19. HONORABLE COURT TO SUBSTITUTE THE NAMES OF DEFENDANTS TO
20. M. CASTILLO BADGE # B2178, D. CHAVEZ BADGE # B0687,
21. AND M. CROCK BADGE # A8585. THE BASIS OF THIS MOTION IS
22. THAT MARICOPA COUNTY SHERIFF'S OFFICE LEGAL LIAISON DEPARTMENT
23. SENT A LIST OF EVERY OFFICER ON SHIFT THE DAY PLAINTIFF WAS
24. PROCESSED. THEY PENNED ARROWS TO THESE THREE NAMES. PLAINTIFF
25. RESPECTFULLY REQUESTS TO RESERVE THE RIGHT TO ADD OR SUBSTRACT
26. NAMES AS MORE DISCOVERY AND INFORMATION COMES IN.
27.    RESPECTFULLY SUBMITTED THIS 22nd DAY OF JULY, 2021.

                                    X Nicholas King