Nicholas King
#247402
A.S.P.C. Lewis Bachman
P.O. Box 3500
Buckeye, AZ 85326

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

NICHOLAS KING, | NO. CV-20-01754-PHX-DLR (JFM)
   PLAINTIFF |
  |
V. | MOTION TO SUPPLEMENT DOCUMENTS
  | FOR PLAINTIFF'S MOTION FOR COMPLIANCE
  | (ORAL ARGUMENT IS REQUESTED)
PAUL PENZONE, ET. AL. |
   DEFENDANTS | HONORABLE RAYES PRESIDING

   COMES NOW, PLAINTIFF, IN PRO SE, HUMBLY REQUESTING THIS HONORABLE COURT TO SUPPLEMENT PLAINTIFF'S MOTION FOR COMPLIANCE WITH THE ATTACHED DOCUMENTS.

   RESPECTFULLY SUBMITTED THIS 29th DAY OF JULY, 2021

/s/ Nicholas King

 

# MARICOPA COUNTY SHERIFF'S OFFICE

PAUL PENZONE
SHERIFF

---

July 2, 2021

Tish MacKenzie
108 3 Ave S.W., #304
Calgary, Alberta T2P 0E7
CANADA

Re: Response to your April 29, 2021, Request for Records, ref: Nicholas King | November 23, 2019 Incident | CV-20-01754-PHX-DLR-JFM

Dear Ms. MacKenzie:

The Maricopa County Sheriff's Office is in receipt of your payment of $5.00, U.S. Dollar Draft #0009270480 for documentation. To the best of our knowledge, the following records are true and correct copies of the original records kept by the Maricopa County Sheriff's Office in the ordinary course of business.

Enclosed please find a copy of the following records:

- Daily Work Assignments | 11/14/2019 | Central Intake Shift 1-3
- Interstate Extradition Unit Daily Schedule | 11/14/2019

Please be advised that the MCSO Legal Liaison Section does not provide records to third parties.

If you have any questions, please contact Legal Liaison Section at the address printed on the letterhead, or by calling (602) 876-3400.

Sincerely,

Kimberly Thompson
Legal Liaison Section Commander
Administrative Services Division
Maricopa County Sheriff's Office

KAT:tk

Enclosure(s)

20367040

**Central Intake Shift I**

Date: 11/14/19    Day: Thursday

| # | Supervisors | Serial # | RDO | Personnel | Signature | Index |
|---|---|---|---|---|---|---|
| 1 | Lt. Groody, H | A9854 | F/S | Commander | (signed) | |
| 1 | Sgt. Beasley, H | A9581 | M/T | SGT. 260 | | |
| 2 | Sgt. Brotherton, K | B1764 | T/F | RDO | | |
| 3 | Sgt. Burnside, J | B1124 | W/T | RDO | | |
| 4 | Sgt. Hadsall, J | A7079 | S/M | SGT. 230 | | |
| 5 | Sgt. Reimus, G | A7370 | F/S | SGT. 250 | | |
| 6 | Sgt. Shaw, A | A9913 | T/W | SGT. 240 | (signed) A9913 | |

| # | Officers | Serial # | RDO | Duty Post | Signature | RDO |
|---|---|---|---|---|---|---|
| 1 | Ash, A | A9728 | T/F | RDO | | Wed/Out |
| 2 | Bell, E | B2952 | W/T | Weapons | | Tues/Out |
| 3 | Black, R | B3775 | M/T | Sick/FMLA | | Sun/Out |
| 4 | Burden, R | A8086 | F/S | ID | R. Burd A8086 | Thur/Out |
| 5 | Carrasco, J | A9163 | S/M | VAC | | Sat/Out |
| 6 | Castillo, M | B2178 | T/W | W. Hall | (signed) B2178 | Mon/Out |
| 7 | Chavez, D | B0687 | F/S | Property | CHAVEZ B0687 | Thur/Out |
| 8 | Comandini, M | A9166 | S/M | M. Dress / Prop | (signed) A9166 | Sat/Out |
| 9 | Crock, M | A8585 | F/S | Phx Crt. | (signed) 8585 | Thur/Out |
| 10 | Dozal, Y | B3050 | T/W | VAC | | Mon/Out |
| 11 | Earles, S | A7721 | S/S | Medical Sec. | S. Earles A7721 | Fri/Out |
| 12 | Escobedo, T | B2006 | W/T | RDO | | Tues/Out |
| 13 | Estrada, S | A9823 | W/T | RDO | | Tues/Out |
| 14 | Garcia, D | A6619 | S/S | E. Hall | Garcia S. A6619 | Fri/Out |
| 15 | Gluck, K | A8229 | S/S | F. Search /Bio | Gluck A8229 | Fri/Out |
| 16 | Goudy, J | B0670 | W/T | RDO | | Tues/Out |
| 17 | Hamelton, J | A8346 | S/M | Release In | (signed) A8346 | Sat/Out |
| 18 | Haros, M | B0373 | T/F | RDO | | Wed/Out |
| 19 | Hernandez, G | B1279 | F/S | N-Hall | (signed) B1279 | Thur/Out |
| 20 | Huffman, A | B2137 | T/W | Sick/FMLA | | Mon/Out |
| 21 | Jones, G | A6972 | S/S | N-Hall/PWR HR | (signed) A6972 | Fri/Out |
| 22 | Juarez, R | B2287 | M/T | Med Escort/Clwa | (signed) B2287 | Sun/Out |
| 23 | Knych, B | B1457 | T/F | RDO | | Wed/Out |
| 24 | Kuhn, A | B0217 | S/M | Sick/FMLA | | Sat/Out |
| 25 | Mantooth, B | B1838 | M/T | M. Search /Bio | (signed) B1838 | Sun/Out |
| 26 | Minto, G | B2808 | M/T | Control | MINTO | Sun/Out |
| 27 | Miranda, E | B0839 | F/S | Acceptance/Pg 2 | Miranda B | Thur/Out |
| 28 | Mullens, S | B2356 | T/W | Release.Out | (signed) B2356 | Mon/Out |
| 29 | Nguyen, S | B1477 | T/F | RDO | | Wed/Out |
| 30 | Osborn, A | A4992 | T/F | RDO | | Wed/Out |
| 31 | Pena, Y | A9950 | S/M | LBJ | | Sat/Out |
| 32 | Rodriguez, A | B2239 | T/W | Mug/Info | (signed) B2239 | Mon/Out |
| 33 | Rye, E | A6953 | W/T | RDO | | Tues/Out |
| 34 | Shore, J | B2099 | M/T | Desk | (signed) B2099 | Sun/Out |
| 35 | Smith, M | A7172 | S/S | JP Crt. | M.Smith A7172 | Fri/Out |
| 36 | Stapley, L | A8563 | T/F | RDO | | Wed/Out |
| 37 | Travis, R | A7992 | T/W | LBJ | | Mon/Out |
| 38 | Trinidad, S | B0765 | S/M | Weapons | | Sat/Out |
| 39 | Tucker, T | A9821 | S/S | VAC | | Fri/Out |
| 40 | Uphold, D | A7681 | F/S | Pg 2 | (signed) A7681 | Thur/Out |
| 41 | Zakharyan, E | B1141 | M/T | F. Dress / Prop | (signed) B1141 | Sun/Out |

Burden B2501
Ellsworth B1979
Barron B0065 med
Weena HBP B1427

# Central Intake Shift II

Date: 11/14/19  Day: Thursday

| # | Supervisors | ID # | RDO | Assignment | Signature | Flex |
|---|---|---|---|---|---|---|
| 1 | Brown, K | B1753 | S/M | Commander | Lt. Brown B1753 | Sat |
| 1 | Munoz, J | B1823 | S/M |  |  | Sat |
| 2 | Denker, L | B1224 | F/S |  |  | Thurs |
| 3 | Piirinen, P | A7285 | T/W |  | (signature) A7285 | Mon |
| 4 | Bass, K | B0973 | W/T | RDO |  | Sun |
| 5 | Sidler, S | B2146 | M/T |  |  | Sun |
| 6 | Foster, C | B0574 | S/S | Pg 2 | (signature) B0574 | Fri |

| # | Officers | ID # | RDO | Duty Post | Signature | Flex |
|---|---|---|---|---|---|---|
| 1 | Aguirre, A | B4082 | W/T | RDO |  | Tues/Out |
| 2 | Armstrong, K | B2678 | T/F | RDO |  | Wed/Out |
| 3 | Baltazar, V | B1641 | S/S | Sick/FMLA |  | Fri/Out |
| 4 | Carplo, G | B4156 | T/W | ID | (signature) B4156 | Mon/Out |
| 5 | Chavez, Z | B4088 | T/W | Block Training |  | Mon/Out |
| 6 | Condon, T | B1383 | S/M | JP Crt. | Condon B1383 | Sat/Out |
| 7 | Correa, I | B2735 | S/S | M. Search/Bio | Correa B2735 | Fri/Out |
| 8 | Cross, M | B3649 | W/T | RDO |  | Tues/Out |
| 9 | Czerwinski, C | B3578 | W/T | RDO |  | Tues/Out |
| 10 | Davis, C | B3091 | T/F | RDO |  | Wed/Out |
| 11 | Duarte, M | B3305 | M/T | TRN |  | Sun/Out |
| 12 | Eide, M | B0934 | T/F | RDO |  | Wed/Out |
| 13 | Garland, J | B2775 | F/S | Cashier | (signature) B2775 | Thurs/Out |
| 14 | Gurrola, E | B3041 | F/S | Sick/FMLA |  | Thurs/Out |
| 15 | Harris, A | B2559 | F/S | Acceptance/Pg 2 | (signature) | Thurs/Out |
| 16 | Horga, B | B3836 | W/T | RDO |  | Tues/Out |
| 17 | Lee, D | B2637 | T/F | RDO |  | Wed/Out |
| 18 | Leon, E | B3411 | S/S | TRN |  | Fri/Out |
| 19 | Lozada, A | B3241 | S/M | Release In | (signature) B3241 | Sat/Out |
| 20 | Mendoza, A | B2686 | S/S | M. Dress/Prop | (signature) B2686 | Fri/Out |
| 21 | Montgomery, S | B2067 | S/M | F. Search/Bio | (signature) B2067 | Sat/Out |
| 22 | Moxam, O | B3712 | S/S | TRN Control | B3712 | Fri/Out |
| 23 | Ortiz, A | B3206 | W/T | RDO |  | Tues/Out |
| 24 | Palma, R | B2126 | M/T | Acceptance/Pg 2 | Palma B2126 | Sun/Out |
| 25 | Quinones, J | B3563 | T/F | RDO |  | Wed/Out |
| 26 | Rach, B | B4045 | T/W | Med Escort | Rach B4045 | Mon/Out |
| 27 | Rios, T | B4215 | S/S | Mug/Info | Rios B4215 | Fri/Out |
| 28 | Rivera, M | B2907 | T/W | Desk | Rivera B2907 | Mon/Out |
| 29 | Rodriguez, A | B3452 | F/S | ID/Chow | (signature) B3452 | Thurs/Out |
| 30 | Rodriguez2, A | B2372 | M/T | Control | (signature) B2372 | Sun/Out |
| 31 | Roman Rivera, J | B3965 | T/F | RDO |  | Wed/Out |
| 32 | Romero, A | B2562 | S/S | Bio Guard | Romero B2562 | Fri/Out |
| 33 | Sanders, A | B3088 | F/S | Release Out | Sanders B3088 | Thurs/Out |
| 34 | Sciury, A | B2993 | T/W | N-Hall/PWR HR | B2993 | Mon/Out |
| 35 | Smith, T | B1096 | S/M | Med Desk | (signature) | Sat/Out |
| 36 | Smith2, S | A8072 | S/S | Medical Sec. | S.Smith A8072 | Sun/Out |
| 37 | Sulcs, M | B3084 | S/M | E. Hall | Sulcs B3084 | Sat/Out |
| 38 | Urena, K | B1927 | S/S | F. Dress/Prop | B1927 | Fri/Out |
| 39 | Valles, J | B2594 | T/F | RDO |  | Wed/Out |
| 40 | Waters, D | A8338 | S/S | W. Hall | Waters A8338 | Fri/Out |
| 41 | Willheim, R | B3282 | M/T | VAC |  | Sun/Out |

Beasley Pinter A9956  A9956  Sgt Ben A9950 / A9950

*Central Intake Shift 3*

| | Date | 11/14/19 | | Day | | Thursday | |
|---|---|---|---|---|---|---|---|
| | Sergeants | Badge # | RDO | Assignment | | Signature | Flex |
| 1 | Lt. Porcho, C | B0043 | S/M | Lieutenant | | [signature] | |
| 2 | | | | | | | |
| 1 | Sgt. Drowne, D | B1310 | T/F | RDO | | | |
| 2 | Sgt. Perez-Benitez, I | A9351 | F/S | | | SCK | |
| 3 | Sgt. Vazquez, C | B2197 | S/S | | | [signature] | |
| 4 | Sgt. Quiroz, R | A9564 | T/W | | | VAC | |
| 5 | Sgt. Milligan, R | B2528 | M/T | | | [signature] B2528 | |
| 6 | | | | | | | |
| | Officers | Badge # | RDO | Duty Post | | Signature | Flex |
| 1 | Gryc, E | B0096 | F/S | | | | FTO |
| 2 | Alejandro, V | A8924 | S/S | Med Desk | | [signature] | |
| 3 | Armstrong, T | B2663 | S/M | SRCH/TDY LBJ PRE | | [signature] | |
| 4 | Butt, K | B1469 | W/T | RDO | | | |
| 5 | Calderon, E | B2866 | F/S | Block Training | | | |
| 6 | Carlson, N | B0323 | F/S | Release | | Carlson B0323 | |
| 7 | Carrillo, M | B1644 | S/S | PRE TDY LBJ Pres | | Carrillo B1644 | |
| 8 | Carter, K | B3415 | F/S | Med Escort/Clwa | | Carter B3415 | |
| 9 | Ellis, P | B3166 | T/F | RDO | | | |
| 10 | Estrada, A | B3193 | M/T | F. Search /Bio | | [signature] | |
| 11 | Pelix, F | B1824 | S/M | Control | | [signature] B1824 | |
| 12 | Forde, N | B3326 | W/T | RDO | | | |
| 13 | Gabriel, S | A8000 | F/S | Sick/FMLA | | | |
| 14 | Hoitinga, R | B1496 | F/S | M. Search /Bio | | [signature] B1496 | |
| 15 | Howard, D | B3214 | S/M | N. Hall | | [signature] B3214 | |
| 16 | Hudson, K | B3872 | F/S | Mug/Info | | [signature] | |
| 17 | Johnson, M | B2377 | M/T | W. Hall | | [signature] | |
| 18 | Kucera, D | B0763 | F/S | Cash | | [signature] B0763 | |
| 19 | Leonard, P | B4117 | T/W | Sick | | | |
| 20 | Lester, G | A8529 | F/S | VAC | | | |
| 21 | Logan, D | A2312 | T/W | Acceptance/Pg 2 | | [signature] A2312 | |
| 22 | Lopez, R | B2349 | T/F | RDO | | | |
| 23 | Lorusso, J | B0689 | S/S | F. Dress / Prop | | [signature] B0689 | |
| 24 | Markee, | B2526 | T/F | RDO | | | |
| 25 | Mathews, T | B3679 | M/T | Medical Sec. | | [signature] B3679 | |
| 26 | Mendoza, J | B3786 | T/W | Sick/FMLA | | | |
| 27 | Meyer, S | B3577 | W/T | RDO | | | |
| 28 | Mora, J | B3172 | W/T | RDO | | | |
| 29 | Pablo, J | B2684 | S/M | JP Court | | Pablo B2684 | |
| 30 | Pena, P | A9378 | S/S | Desk | | [signature] | |
| 31 | Quintana, S | B2876 | T/W | HEP | | Quintana B2876 | |
| 32 | Reeder, R | B1699 | M/T | M. Dress / Prop | | [signature] B1699 | |
| 33 | Secord, J | B2659 | S/M | E. Hall | | [signature] B2659 | |
| 34 | Sekal, L | B3992 | T/W | Block Training | | | |
| 35 | Sharpe, K | B3194 | W/T | RDO | | | |
| 36 | Stewart, K | B2254 | S/M | Sick/FMLA | | | |
| 37 | Svir, D | B1888 | S/S | Sick/FMLA | | | |
| 38 | Trujillo, H | B2671 | F/S | ID/CHOW | | [signature] B2671 | |
| 39 | Udasco, J | B3454 | W/T | RDO | | | |
| 40 | Valencia, J | B0457 | M/T | ID/CHOW | | Val [signature] | |
| 41 | | | | | | | |
| 42 | Sokolik | | | M. Dress | | | |
| 43 | Livera | | | PAS | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |



## INSTATE EXTRADITION UNIT
## DAILY SCHEDULE
### SCHEDULED DATE OF PICKUP and/or RETURN: 11/14/2019

**RUN ID:** ARTC

**Assigned Officers:** CONTRERAS  KERR

---

**LOCATION:** DOC LEWIS                **PICKUP**

| Last Name | First Name | CR No | CR Type | DOB | Inmate No | Database ID |
|---|---|---|---|---|---|---|
| KING | NICHOLAS | JD531248 | OSA | ▉ | 247402 | 2019-4437 |
|  | Warnings: |  |  |  | MCSO: |  |
|  | Doctor Appt for: None |  |  | Time: |  |  |
| FLOYD | ALIJAH | CR2019-006321-004 | WRT | ▉ | 335038 | 2019-4892 |
|  | Warnings: |  |  |  | MCSO: |  |
|  | Doctor Appt for: None |  |  | Time: |  |  |