☒ FILED  ☐ LODGED

**Aug 26 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1. NICHOLAS KING
2. A.D.C. # 247402
3. A.S.P.C. LEWIS BACHMAN
4. P.O. BOX 3500
5. BUCKEYE, AZ 85326
6.
7.    UNITED STATES DISTRICT COURT
8.      DISTRICT OF ARIZONA
9.
10. NICHOLAS L. KING | CV-20-1754-PHX-DLR (JFM)
11.  PLAINTIFF |
12. |
13. V. | MOTION TO EXTEND TIME TO SERVE DEFENDANTS
14. | (ORAL ARGUMENT IS REQUESTED)
15. PAUL PENZONE, ET.AL., | HONORABLE JAMES. F. METCALF PRESIDING
16.  DEFENDANTS |
17.
18.   COMES NOW, PLAINTIFF, IN PRO SE, HUMBLY REQUESTING
19. THIS HONORABLE COURT TO EXTEND TIME FOR PLAINTIFF TO PROCESS
20. AND SERVE DEFENDANTS WITH A NOTICE OF LAWSUIT SERVICE PACKET.
21. THE BASIS OF THIS MOTION IS THAT PLAINTIFF RECEIVED THIS COURT'S
22. ORDER ON 8/19/21, GIVING PLAINTIFF 21 DAYS TO SERVE DEFENDANTS.
23. BUT, PLAINTIFF HAS YET TO RECEIVE THE SERVICE PACKETS FROM THE
24. CLERK OF THIS HONORABLE COURT.
25.   CONSEQUENTLY, PLAINTIFF REQUESTS ADDITIONAL TIME.
26.
27. RESPECTFULLY SUBMITTED THIS 26th DAY OF AUGUST, 2021
28.        -1-   x /s/ Nicholas King