☒ FILED   ☐ LODGED

# Dec 08 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1. NICHOLAS L. KING
2. # 247402
3. P.O. BOX 3500
4. A.S.P.C LEWIS BACHMAN
5. BUCKEYE, AZ 85326
6.
7.          UNITED STATES DISTRICT COURT
8.             DISTRICT OF ARIZONA
9.
10. NICHOLAS L. King          | CV-20-01754-PHX-DLR (JFM)
11.   PLAINTIFF
12.                           | MOTION TO ~~ADD~~ AMEND THE COMPLAINT
13. V.                        | (ORAL ARGUMENT IS REQUESTED)
14.
15. PAUL PENZONE, ET. AL      | HONORABLE JAMES METCALF PRESIDING
16.   DEFENDANTS
17.
18.   COMES NOW, PLAINTIFF, IN PRO SE, HUMBLY REQUESTING THIS HONORABLE
19.  COURT TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT TO REFLECT THE
20.  ACTUAL BOOKING AND CLASSIFICATION OFFICERS THAT ARE INVOLVED IN THIS
21. CASE.
22.   ON 12/7/2021, PLAINTIFF RECEIVED 30 PAGES OF DOCUMENTS THAT
23. PLAINTIFF REQUESTED VIA SUBPOENA THROUGH THIS COURT IN APRIL OF
24. 2021. DEFENDANTS ORIGINALLY SENT 4 PAGES OF DOCUMENTS WITH 3
25. NAMES INDICATED ON THE LIST OF OFFICERS. PLAINTIFF HAD A LOVED ONE
26. CONTACT MARICOPA COUNTY LEGAL LIASION TO DETERMINE IF THE NAMES
27. INDICATED WERE THE OFFICERS IN QUESTION. A STRAIGHT ANSWER WASN'T
   & GIVEN, SO PLAINTIFF PROCEEDED TO FILE A NOTICE/SUMMONS/COMPLAINT

                        — 1 —

1   ON OFFICERS CASTILLO, CHAVEZ, AND CROCK, IN EARLY SEPTEMBER
2. OF 2021. A FEW WEEKS LATER, DEFENDANTS SENT PLAINTIFF A LETTER
3. STATING THAT THEY HAD 38 PAGES OF DOCUMENTS REQUESTED IN
4. PLAINTIFFS SUBPOENA FILED THROUGH THE COURT IN APRIL OF 2021.
5. DEFENDANT REQUESTED $ 9.50 FOR THE DOCUMENTS. THIS COURT
6. GAVE PLAINTIFF 60 DAYS TO RETRIEVE THE DOCUMENTS, WHICH WAS TO
7. END ON 12/13/2021.
8.  ON 12/8/2021, PLAINTIFF RECEIVED TO 30 PAGES OF DOCUMENTS FROM
9.  DEFENDANT, AND THEY MAILED PLAINTIFFS 9.50 CHECK BACK TO HIM (PAGE
10. 2 OF ATTACHMENT). CONTAINED IN THE 30 &PAGES IS THE BOOKING FILE
11. AND CLASSIFICATION FILE THAT PLAINTIFF ORIGINALLY REQUESTED IN HIS
12. SUBPOENA IN APRIL OF 2021. ON PAGE 13 OF THE ATTACHMENT, IT
13. HAS THE NAME OF THE CLASSIFICATION OFFICER WHO INITIALLY CLASSIFIED
14. ME PLAINTIFF. HIS NAME IS LARRY DURAN. ON PAGE 19 OF THE
15. ATTACHMENT, IT HAS THE NAMES OF THE CLASSIFICATION OFFICERS WHO
16. RAN MY PRISON AIMS FILE, AND STILL HOUSED PLAINTIFF IN GENERAL
17. POPULATION. THERE NAMES ARE NIKKOLE SAWYER AND MODE-ARMENTA.
18. ON PAGE 26 OF THE ATTACHMENT, IT HAS THE BOOKING OFFICERS
19. BADGE # WOULD BOOKED PLAINTFF. CROSS REFERENCING THE BADGE
20. # B0839 WITH THE ORIGINAL 4 PAGE LIST OF OFFICERS DEFENDANTS
21. ORIGINALLY SENT, THE BOOKING OFFICER IS E. MIRANDA # B0839.
22    PLAINTIFF REQUESTS THAT DEFENDANT CASTILLO BE WITHDRAWN
23. FROM THIS ACTION, AS WELL AS DEFENDANT CROCK AND CHAVEZ.
24. PLAINTIFF REQUESTS TO AMEND THE COMPLAINT TO REFLECT THE LIABLE
25. PARTIES. DEFENDANT #1 IS E. MIRANDA # B0839, A BOOKING
26. OFFICER LIABLE FOR COUNT 1 OF THE FIRST AMENDED COMPLAINT.
27.

1. DEFENDANT #2 IS CLASSIFICATION OFFICER LARRY DURAN WHO IS
2. LIABLE FOR COUNT I OF THE FIRST AMENDED COMPLAINT. DEFENDANT
3. #3 IS CLASSIFICATION OFFICER NIKKOLE SAWYER WHO IS LIABLE
4. FOR COUNT I OF THE FIRST AMENDED COMPLAINT. AND DEFENDANT #
5. 4 IS CLASSIFICATION OFFICER ARMENTA - MODE WHO IS LIABLE FOR
6. COUNT I OF THE FIRST AMENDED COMPLAINT.
7.    PLAINTIFF REQUESTS 4 WAIVER OF SUMMONS AND NOTICE OF LAWSUIT
8. PACKETS SO HE CAN PROCESS THEM FOR DEFENDANTS. PLAINTIFF MAY
9. ALSO NEED TIME, AND ASKS RULE 16 SCHEDULING BE EXTENDED IF
10. NEEDED
11.
12.  RESPECTFULLY SUBMITTED THIS 8th DAY OF DECEMBER, 2021
13.
14.                                    X Nicholas Kim
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

3.



Nicholas King, Inmate #247402
ASPC Lewis Bachman Unit
P.O. Box 3500
Buckeye, AZ 85326

DETACH AND RETAIN THIS STATEMENT   THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY, NO RECIEPT DESIRED.

| INMATE NUMBER | Last Name | First Name | Payee | AMOUNT |
|---|---|---|---|---|
| 247402 | KING | NICHOLAS | MARICOPA COUNTY SHERIFF'S OFFICE | 9.50 |

L09 642 CV-20-01754-PHX-DLR-JFM/MCSO

500625146        **Arizona State Department of Corrections**
Inmate Trust Account Control

Check Total  | $9.50 |

---

ARIZONA STATE DEPARTMENT OF CORRECTIONS
INMATE TRUST ACCOUNT CONTROL
PHOENIX, ARIZONA

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Bank of America
Bank of America
201 E Washington St
22nd Floor
Phoenix, AZ 85004

1221

500625146

PAY   **EXACTLY $**   **Nine and 50/100

DATE

AMOUNT

11/19/2021

$*****9.50

TO THE
ORDER
OF

MARICOPA COUNTY SHERIFF'S OFFICE
550 W JACKSON ST
PHOENIX, AZ 85003

From NICHOLAS KING, ADC# 247402

L09 642 CV-20-01754-PHX-DLR-JFM/MCSO

INMATE TRUST ACCOUNT CONTROL
VOID AFTER 6 MONTHS

⑈500625146⑈  ⑆122101706⑆  4570247815921⑈

2



# Maricopa County Sheriff's Office
**Paul Penzone, Sheriff**

20366282(2)

Paul Penzone
Sheriff
550 West Jackson Street
Phoenix, AZ 85003
Phone: (602) 876-1000
www.mcso.org

December 2, 2021

Nicholas King, Inmate #247402
ASPC Lewis Bachman Unit
P.O. Box 3500
Buckeye, AZ 85326

Re:     Response to your April 16, 2021, Subpoena Duces Tecum, re: Nicholas Lorin King

Dear Mr. King:

I am in receipt of your April 16, 2021, Subpoena Duces Tecum, for production of Maricopa County
Sheriff's Office (MCSO) records. Accordingly, the MCSO Legal Liaison Section has collected the
requested records. To the best of our knowledge, the following records are true and correct copies of
the original records kept by the Maricopa County Sheriff's Office in the ordinary course of
business.

Enclosed please find a copy of the following records:

- Commitment File – T597565
- Classification File - T597565

Please note we are returning check #500625146 for $9.50, due to a miscalculation. We are providing
the records free of charge.

If you have any questions, please contact Legal Liaison Section at the address printed on the
letterhead, or by calling (602) 876-3400.

Sincerely,

*Chelsey Toppins, B5087*

For: Kimberly Thompson
Legal Liaison Section Commander
Administrative Services Division
Maricopa County Sheriff's Office

KAT:df

Enclosure(s)

3



Maricopa County Sheriff's Office – Paul Penzone, Sheriff
Prison Rape Elimination Act (PREA)
<u>Classification Initial Screening Questionnaire</u>

| Bk#: **T597565** | DOB: ████████ |
|---|---|
| KING, NICHOLAS L | |
| Bk Dt: 11/14/2019 | |

All inmates are being asked the following questions in compliance with the Prison Rape Elimination Act (PREA), a federal law enacted in 2003. The main goal of PREA is to promote safe housing and support the reduction, elimination, and prevention of sexual abuse within correctional facilities.

**Section 1: Sexual Orientation and Gender Identity/Expression**                    Response

1. Choose the one that best fits you:
   - ☑ Straight/heterosexual (a person attracted romantically and/or sexually to the opposite gender) [0]
   - ☐ Bisexual (a person attracted romantically and/or sexually to both men and women) [1]
   - ☐ Gay/homosexual (a man attracted romantically and/or sexually to other men) [1]
   - ☐ Lesbian (a woman attracted romantically and/or sexually to other women) [1]
   - ☐ Other: [1]

| | Response |
|---|---|
| 2. Do you identify as transgender? (A person whose gender identity is different than the sex they were assigned at birth.) [1] | ☐ Yes  ☑ No |
| 3. Do you identify as intersex? (A person with both male and female genitals, sex characteristics, or chromosomal patterns.) [1] | ☐ Yes  ☑ No |
| 4. Do other people sometimes think that you are gay, lesbian, bisexual, transgender, intersex, or gender nonconforming? [1] | ☐ Yes  ☑ No |

**Section 2:**

| | Response |
|---|---|
| 5. Is this your first time in jail at any time in your life? [1] | ☐ Yes  ☑ No |
| 6. Have all your charges, including current, been for non-violent crimes? [1] | ☐ Yes  ☑ No |
| 7. Do you have any mental, developmental, or physical disabilities? [1] | ☐ Yes  ☑ No |
| 8. Are you older than 65 years old or younger than 21 years old? [1] | ☐ Yes  ☑ No |
| 9. If you are male, are you shorter than 5'6" and less than 140 pounds? [1] If you are female, are you shorter than 5' and less than 100 pounds? [1] | ☐ Yes  ☑ No |
| 10. Have you ever been charged with or convicted of a sex crime with a child or adult? [3] | ☐ Yes  ☑ No |
| 11. Do you feel that you may be a target of sexual abuse or sexual assault while you are here in jail? * [3] | ☐ Yes  ☑ No |

5000-891  R11/18  96636-216

4

Maricopa County Sheriff's Office -- Paul Penzone, Sheriff
Prison Rape Elimination Act (PREA)
Classification Initial Screening Questionnaire

| | Yes | No |
|---|---|---|
| 12. A. Has anyone ever touched you in a sexual way that you did not want, or made you touch him or her in a sexual way when you did not want to? [3] | ☐ | ☒ |
| B. If yes, were you in a jail, prison, or juvenile detention center when this happened? * | ☐ | ☐ |
| 13. A. Has anyone ever made you have sex with him or her when you did not want to? [5] | ☐ | ☒ |
| B. If yes, were you in a jail, prison, or juvenile detention center when this happened? * | ☐ | ☐ |

Total of Sections 1 and 2 (V): 0

| Section 3: | Response | |
|---|---|---|
| | Yes | No |
| 14. Have you ever gotten in trouble for violent behavior while in a prison, jail, or juvenile detention center? [1] | ☒ | ☐ |
| 15. Have you ever been charged with a sex crime against an adult? [3] | ☐ | ☒ |
| 16. A. Have you ever touched someone in a sexual way that he or she did not want or agree to, or made someone touch you in a sexual way when he or she did not want to? [3] | ☐ | ☒ |
| B. If yes, were you in a jail, prison, or juvenile detention center when this happened? * | ☐ | ☐ |
| 17. A. Have you ever made someone have sex with you when he or she did not want to? [5] | ☐ | ☒ |
| B. If yes, were you in a jail, prison, or juvenile detention center when this happened? * | ☐ | ☐ |

Total of Section 3 (P): 1

Inmate Signature: _____   Date: 11/5/19

| Staff comments: | Override: Y / Ⓝ |
|---|---|
| | Final Score |
| | V: 1   P: 1 |
| PREA Assessment Administered by: | |
| ICS Signature: _____ B3878 | Date: 11/16/19 |
| Sgt. Signature: (If needed.) | Date: |

5

Nov. 29. 2019  4:50PM                                          No. 6921   P. 1

Maricopa County Sheriff's Office
Paul Penzone Sheriff

## INMATE REQUEST – ADMINISTRATIVE SEGREGATION
**THIS FORM CANNOT BE USED TO REQUEST PLACEMENT INTO OR REMOVAL FROM NOC HOUSING**

NICHOLAS KING
INMATE NAME

DATE  11/29/19

T597565
BOOKING NUMBER

HOUSING AREA  3-FLOOR FOURTH AVE

### I. Request to be completed by inmate

Please check only **ONE** of the following:

[✓] **I am requesting voluntary placement into Administrative Segregation**
I understand the conditions of my Administrative Segregation Housing may include 23 hour lockdown with a cellmate, no contact visitation, and I may not be eligible for placement in programs available to general population inmates. I also understand that for each incarceration I will remain in Administrative Segregation for a minimum of 30 days on my 1st placement; 90 days on 2nd placement.

[ ] **I am requesting voluntary removal from Administrative Segregation**
I understand that requesting removal from Administrative Segregation would return me to a population setting as warranted by my classification and/or security level. I do not hold Maricopa County Sheriff's Office liable or responsible for any incidents that may occur as a result of my removal from Administrative Segregation. I understand that if needed I can request Voluntary Administrative Segregation placement in the future.

My reasons for this request are:
I WAS RECENTLY TRANSFERED FROM PROTECTIVE CUSTODY YARD IN D.O.C. I WAS ASSAULTED I SHOULD BE GETTING TRANSFERED BACK TO D.O.C. ANYWAY

Inmate Signature                    Date  11/29/19

Time and Date Received  11/29/19          Officer/Title

### II. Recommendation – Detention:
I have received the inmate's request for voluntary placement or removal from Administrative Segregation and have taken the following actions, pending review by a classification specialist
I'm Returned from Hospital after being assaulted.

Time and Date  11/29/19          Supervisor/Title  Sgt Beal A853

### III. Recommendations – Classification:
Been "In 4 AVE 2E Hallway. I'm had 2 black eyes. I'm rast'd E.C. went over E.C. I'm Saned in. I'm stated I was assaulted in GPGH 11/23/19. Unknown reason gave names given. Stated was in PC DOC. is a former member of Aryan Brotherhood, I'm reported trying to change NFC _____

Time and Date of Review          Classification Specialist Signature  A4301  11/30/19  @ 0100.

DISTRIBUTION   WHITE – Classification    YELLOW – Inmate    PINK – File

5000-316 R 6-09 96636-206

6



## ADMINISTRATIVE RESTRICTIVE HOUSING ASSIGNMENT
## CONSENT AND UNDERSTANDING

By requesting and being placed into Administrative Restrictive Housing, for my personal safety while in the custody of the Maricopa County Jail system, I understand and agree to the following conditions which may result from this placement:

1. I understand I will not be in a cell by myself just because I signed into Administrative Restrictive Housing.

2. I understand that I will be locked down 23 (twenty-three) hours per day and only leave my cell 1 (one) hour per day to use the phone, take a shower, etc.

3. Inappropriate behavior or significant disciplinary sanctions may result in me being reclassified to a higher security level and being removed from Administrative Restrictive Housing and transferred to another facility.

4. I may remain in Administrative Restrictive Housing until my release.

5. I understand I will remain in Administrative Restrictive Housing for a minimum of 30 days on my first placement, and 90 days on my second placement.

6. I may have phone privileges restricted. Legal phone calls to your designated lawyer are an exception, but personal calls can only be made during your hour out.

7. Recreation and visitation may be limited.

8. I may not be eligible for placement in the GED program, or other programs available for general population inmates.

9. If sentenced, I may not be permitted to work as a trustee or to earn two-for-ones.

10. I understand by signing into Administrative Restrictive Housing that housing in Administrative Restrictive Housing may put me at risk if I return to general population.

NICHOLAS KING
_____
Printed Name

_____
Signature

_____
ICS Signature

T597565
_____
Booking Number

11/30/19
_____
Date

B43161
_____
A/B #

Rev. 04/2016

Preview: Counselor Review Associated View

## Counselor Review Associated View

| Booking | Full Name (Booking) | Comment By | Date |
|---|---|---|---|
| T597565 | King, Nicholas | Castaneda, Iris | 11/30/2019 |

Preview: Inmate Movement Associated View

### Inmate Movement Associated View

| Full Name (Booking) | Booking | Movement Start | Movement From | Movement End | Movement To | Movement Reason | Movement Status |
|---|---|---|---|---|---|---|---|
| King, Nicholas | 1597565 | 11/29/2019 15:45 | In Cell | 11/29/2019 17:20 | 4AVE - Basement Medica... | | Complete |
| King, Nicholas | 1597565 | 11/24/2019 02:52 | In Transit | 11/24/2019 02:52 | In Cell | | Complete |
| King, Nicholas | 1597565 | 11/21/2019 21:22 | In Cell | 11/21/2019 23:17 | Hospital | Rule out Head Injury | Complete |
| King, Nicholas | 1597565 | 11/19/2019 20:24 | CRTOPS - Holding Area | 11/19/2019 20:24 | In Cell | | Complete |
| King, Nicholas | 1597565 | 11/19/2019 04:21 | In Cell | 11/19/2019 04:21 | CRTOPS - Holding Area | | Complete |
| King, Nicholas | 1597565 | 11/15/2019 08:14 | In Cell | 11/15/2019 08:11 | INTK - Holding Area | | Complete |

Special Housing: Administrative Restrictive Housing

Page 1 of 3

## Special Housing

# Administrative Restrictive Housing

| Inmate | King, Nicholas | Booking | T597565 | Classification |

### General

| Sub-Classification | Administrative Restrictive Housing |

| Placement Date | 11/29/2019 |

| Reason | Inmate Requested |

| Repeat Placement | No |

| Entered By | Castaneda, Iris |

**Next SMRC Review Date**

**Next Counselor Review Date** 12/4/2019

**Inmate's Comments** I/M reported was in a PC yard in DOC. I/M reported is a former member of the Aryan Brotherhood and is trying to change his life around. I/M stated was assaulted in GP on 11/23/19 during Bible study with an object. I/M reported had to go to the hospital for his injuries. I/M doesn't know why or who assaulted him. Requested Ad Rest.

**Placement Notes** Vol Ad Rest- I/M fears for safety in GP due to being assaulted on 11/23/19, no names given. Stay 30 days.

### APPROVAL

| SMRC Decision | |

| Approved By | |

| Approved Date | |

| Approved Time | |

### SMRC Reviews

| Full Name (Booking) | Booking | Review Date | Comment By | Comments |
|---|---|---|---|---|
| No SMRC Review records are available in this view. | | | | |

https://shield.mcso.maricopa.gov/_forms/print/custformprint.aspx?allsubgridspages=false&formid=c9d60691-ffb2-42bd-928f-2f...   4/16/2020

10

Special Housing: Administrative Restrictive Housing

| 0 - 0 of 0 (0 selected) | | | | Page 1 |

## Counselor Reviews

| Booking | Full Name (Booking) | Comment By | Date |
|---------|---------------------|------------|------|
| T597565 | King, Nicholas | Castaneda, Iris | 11/30/2019 |

1 - 1 of 1 (0 selected)                                                      Page 1

## Administration

| | |
|---|---|
| Created On | 11/30/2019 01:19 |
| | Special Housing Status    Pending |
| Modified By | 🔧 Management, SHIELD |
| Modified On | 12/27/2019 11:03 |
| Name | Administrative Restrictive Housing |
| Owner | 🔧 Castaneda, Iris |

Special Housing: Administrative Restrictive Housing

| Special Housing Status | Pending |
|---|---|

12

# OFFENDER360

## Assessment Report

User: Navarro, Connie
Run Date: 4/16/2020 1:00 PM

### Offender

King, Nicholas

| | | Inmate Interview | | | |
|---|---|---|---|---|---|
| | Assessment Date | Conducted By | | Risk Level | Overall Score |
| | 11/15/2019 | Duran, Larry | | | 0 |

| Category | Question # | Question | Answer | Comments |
|---|---|---|---|---|
| **Criminal History - Inmate Reported** | | | Total: 0 | |
| | 1 | Is this your first time in jail? | No | |
| | 1 | Inst Problems/Time In Lock Down? | No | |
| | 2 | Have you ever been a member or associate of a prison or street gang? | No | |
| | 2 | What was your age at first arrest? | 1 - Under 18 | |
| | 3 | Inmate reported number of prior arrests? | Yes | |
| | 3 | Are you still in? | | |
| | 4 | Have you been to prison? | | |
| | 6 | Have you ever been on Felony Probation, other than the above? | | 30 |
| | 7 | Have you ever been charged with or convicted of any of the following Felony charges: Homicide, agg assit, crim dam, kidnapping, endangerment, robbery or escape? | | |
| **Victimization - Inmate reported** | | | Total: 0 | |
| | 1 | Do you have any known enemies in jail? | No | |
| | 2 | Do you need Administrative Restrictive Housing, aka: Protective Custody? | Refused | |
| | 3 | Were you ever in Special Education in school? | No | |
| | 3 | Are there any medical or mental health issues that may effect your placement in general population? | Yes | back injury but per inmate old nolify medical |
| **Referrals/ Services** | | | Total: 0 | |
| | 1 | Psych/ Medical SESM or Phone | | |
| | 1 | CHS Query? | | |
| | 2 | Jail Intel | | |
| | 3 | Risk Avoidance | | |
| | 4 | Ad Retrol Refusal | Yes | |
| | 6 | NCC PIV Form Signed | | |
| | 7 | NWNT? | | |
| **Inmate Demeanor** | | | Total: 0 | |
| | 1 | Cooperative | Yes | |
| | 2 | Uncooperative | | |

User: Navarro, Connie
Run Date: 4/16/2020 1:00 PM

OFFENDER360

Assessment Report

3   Negative
4   Despressed/Crying
5   Aggressive
6   Other

Total: 0

Victimization                                        No

1   None
2   Charges
3   Sex Orientation
4   Unusual Char
5   Spec Ed
6   1st Offender
7   Prior PC
8   Other

14

15

Assessment Report

OFFENDER360

16

Preview: Assessment Associated View



COPY ——— Page 1 of 1

## Assessment Associated View

| Facility | Full Name (Booking) | Booking | Assessment Date | Assessment Type | Overall Score | Overall Risk Level | Risk Level Override | Completed By | Assessment Status |
|---|---|---|---|---|---|---|---|---|---|
| | King, Nicholas | 1597565 | 11/16/2019 | Proxy Score | 4 | 2 - Medium | | Sawyer, Nikkole | Complete |
| | King, Nicholas | 1597565 | 11/16/2019 | PREA Initial Screening - P | 0 | 0 | 1 - Low | Sawyer, Nikkole | Complete |
| | King, Nicholas | 1597565 | 11/16/2019 | PREA Initial Screening   V | 0 | 0 | 1 - Low | Sawyer, Nikkole | Complete |
| | King, Nicholas | 1597565 | 11/15/2019 | Inmate Interview | 0 | 0 | | Duran, Larry | Complete |

4/16/2020

17

Preview: Bed Assignment Associated View

Bed Assignment Associated View

| Facility | Bed | Full Name (Booking) | Booking | Start Date | End Date | Bed Profile | Sentence Status (Pod) |
|---|---|---|---|---|---|---|---|
| Lower Buckeye Jail | LB/24x4-0301 | King, Nicholas | 1597565 | 11/30/2019 | 12/2/2019 | Administrative Restrictive Housing.Male.Maximum | |
| Fourth Avenue Jail | 4AVE2E1-04-01 | King, Nicholas | 1597565 | 11/29/2019 | 11/30/2019 | General Population.Male.Maximum | |
| Fourth Avenue Jail | 4AVE3T1-3A-01 | King, Nicholas | 1597565 | 11/16/2019 | 11/24/2019 | General Population.Male.Maximum | |
| Fourth Avenue Jail | 4AVE2A1-04-11 | King, Nicholas | 1597565 | 11/14/2019 | 11/15/2019 | | |

13

Preview: Classification Note Associated View

## Classification Note Associated View

| Subject | Created On | Created By |
|---|---|---|
| AIMS | 11/16/2019 06:49 | Sawyer, Nikkole |
| AIMS ran November 2019 | 11/16/2019 06:36 | Armenta-Mode... |
| DOC | 11/16/2019 06:26 | Sawyer, Nikkole |
| GANG | 11/16/2019 06:54 | Sawyer, Nikkole |
| HX OF INSTL VIOL | 11/16/2019 06:29 | Sawyer, Nikkole |
| Power Hour Interview | 11/15/2019 09:34 | Duran, Larry |
| RCLS G to A | 11/30/2019 01:40 | Castaneda, Iris |

Preview: Classification Associated View

## Classification Associated View

| Full Name (Booking) | Booking | Classification Type | Classification Date | Security Classification | Override Classification | Classification Status |
|---|---|---|---|---|---|---|
| King, Nicholas | 7597565 | Housing Change | 11/20/2019 | Maximum | | Complete |
| King, Nicholas | 7597565 | Initial | 11/15/2019 | Maximum | | Complete |

20

Classification: King, Nicholas:Initial

# Classification

# King, Nicholas:Initial

Inmate        King, Nicholas        Booking        TS97565

## General

| | | INMATE INFORMATION |
|---|---|---|
| Classification Type | Initial | |
| Classification Date | 11/15/2019 | FACILITY ASSIGNMENT |
| Completed By | Duran, Larry | Sub-Classification        General Population |
| LEP Service Used | | Housing Facility        Fourth Avenue Jail |
| Have you served in US Military? | No | Override Reason |
| Education Level | High School | |
| Special Education In School? | No | |
| How long have you lived in AZ? | 15 years | |

## CLASSIFICATION SCORE

Overall Score        11

Security Classification        Maximum

Work Eligible        No

Work Eligibility Reason        ASLT ON IM @ DOC '10 & RIOTING @ DOC '13

## DISCRETIONARY LEVELS

## CLASSIFICATION OVERRIDE

Score

Classification

Rationale

Overriden By

## SPECIAL HOUSING

## APPROVALS

## RULES & REGULATIONS

Provided to Inmate        Received

Language        English

## INMATE FORMS

Classification Consent        Signed

https://shield.mcso.maricopa.gov/_forms/print/custformprint.aspx?allsubgridspages=false&formid=568b1d18-390a-4d3e-adfc-b...   4/16/2020

Classification: King, Nicholas:Initial

PREA Form        Completed

REFERRALS

**Classification Questions**

**Classification Notes**

**Assessments**

**Criminal History Summary**
PRIOR DOC CONV (AZ '09)
PRIOR VIOL DOC CONV (AZ '19 KIDNAP)

**Aliases**

**Charges**
CHARGES FROM CURRENT BOOKING

**Disciplinary Action Reports**
DAR'S WITHIN PAST YEAR

**Keep Aways**

**Cases**
CASES/HOLDS/WARRANTS

22

Classification: King, Nicholas:Initial

## Administration

**Created By**  SYSTEM

**Created On**  11/14/2019 11:01

**Modified By**  Management, SHIELD

**Modified On**  12/27/2019 11:03

**Owner**  SYSTEM

**Name**  King, Nicholas:Initial

Documents Attached  No

Page 3 of 4

23

Classification: King, Nicholas:Initial

Classification Status    Complete

24



COPY
Page 1 of 2

DATE: 11/14/19
TIME: 11:01

## MARICOPA COUNTY SHERIFF'S OFFICE
## ARREST/BOOKING RECORD

*** ACCEPTED BY MCSO ***

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | MCSO BOOKING NO. |
|---|---|---|---|---|
| KING | NICHOLAS | L | | T597565 |

HOME ADDRESS
TRANSIENT

HOME PHONE NO.          INTERPRETER LANGUAGE

| RACE | SEX | HGT | WGT | HAIR | EYES | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| WHITE | MALE | 604 | 300 | BRO | BLU | |

PLACE OF BIRTH
CA - CALIFORNIA

CITIZENSHIP
UNITED STATES OF AMERICA (USA)

SOC SEC NO

EMPLOYER NAME          OCCUPATION          BUSINESS PHONE

BUSINESS ADDRESS:
NEAREST RELATIVE NAME          RELATIONSHIP          RELATIVE PHONE

RELATIVE'S ADDRESS:

ARRESTING AGENCY
AZ0070000   MARICOPA CNTY SHERIFF'S OFFICE
ARRESTING OFFICER SERIAL NO:   A7452  CONTRERAS
ARRESTING OFFICER PHONE NO:    602  876-1609
ARREST LOCATION:   DOC LEWIS
VEHICLE LOCATION:

AGENCY ARREST#

ARREST DATE / TIME
11/14/19   0830

WAGON OFFICER
SERIAL NUMBER

GRID:
PERSONAL PROPERTY IMPOUNDED:   NO

### HOLD INFORMATION

AGENCY ORI:   ASP/DOC   ARIZ STATE DEPT OF CORR (DOC)
TO BE INITIALED:   NO   BONDABLE:   NO   BOND AMOUNT:
COURT:
HOLD REASON:   ORDER TO SECURE
CHARGES:   DOC LEWIS DETAINER
COMMENTS:   DOC LEWIS ADC-247402

WARRANT NO:
CASH ONLY:   WARRANT DATE:
CONTACT NAME:   DOC LEWIS/INSTATE

### NON-SENTENCED

COUNTS:  1   OSA ORDER SECURING ATTENDANCE
CLASS:  C   VIOLATION DATE:   08/28/19
COURT:  SUP CRT
BOND STATUS:  NON-BONDABLE   BOND AMOUNT:

ARS/CITY/FED CD: 99-5095
CHARGE STATUS:  AWAITING NEXT COURT APPEARANCE
CASE NO:  JD531248
CASH ONLY:   BOND GROUP CODE:

DOMESTIC VIOLENCE:   NO

NEXT COURT DATE/TIME:  11/19/19  1330   REASON:  ANY OTHER HEARING

DR NUMBER/AGENCY:   NONE

### SENTENCED CHARGES

### CO-DEFENDANTS
NO CO-DEFENDANT INFORMATION PER OFFICER

### ALIASES
NO ALIAS INFORMATION PER OFFICER

### SCARS/MARKS/TATTOOS
S/M/T CODE & DESCRIPTION          SPECIFIC DETAILS
NO SCARS/MARKS/TATTOO INFORMATION PER OFFICER

### PROPERTY

| QTY | ITEM | COLOR | DESCRIPTION |
|---|---|---|---|
| 1 | OTHER | | BOOK |
| 1 | BELT | ORANGE | |

25

DATE: 11/14/19
TIME: 11:01

# MARICOPA COUNTY SHERIFF'S OFFICE
## ARREST/BOOKING RECORD

Page 2 of 2

\*\*\* ACCEPTED BY MCSO \*\*\*

MCSO BOOKING NO.
**T597565**

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| KING | NICHOLAS | L | |

### MCSO ACCEPTANCE INFORMATION

PERSONAL PROPERTY BAG    YES          VICTIM FORMS   NO

PRISONER MONEY AMOUNT    $0.00

ACCEPTED DATE/TIME    11/14/19   1100          BY OFFICER   B0839

OFFICER SIGNATURE DELIVERING PRISONER:

26

# TouchPay

P.O. Box 3182
Coppell, TX 75019
Customer Service: (866) 204-1603
Email: customersupport@touchpaydirect.com

| Customer Receipt #: 66434622 |
| --- |

| KIOSK | DATE | TIME |
| --- | --- | --- |
| TPF-1102 | 11/14/2019 | 10:37 AM |

| | |
| --- | --- |
| Confirmation #: | 842ABFC5 |
| Booking Number: | T507505 |
| Offender Name: | NICHOLAS KING |
| Order Type: | Booking |
| Location: | Maricopa County |
| Agency Name: | Maricopa County Sheriff's Office |
| ORI #: | AZ0070000 |
| Serial Number: | A7452 |

| Bills: 0 | | Coins: 0 | |
| --- | --- | --- | --- |
| Ones | 0 | Pennies | 0 |
| Twos | 0 | Nickels | 0 |
| Fives | 0 | Dimes | 0 |
| Tens | 0 | Quarters | 0 |
| Twenties | 0 | Dollars | 0 |
| Fifties | 0 | Total: $0.00 | |
| Hundreds | 0 | | |

Deposit Amount:        $0.00

Signature x _____

With your signature of this receipt,
YOU CONFIRM AND ACKNOWLEDGE
that the deposit amount on this receipt is
the true and accurate amount collected
from you by the arresting officer.

27

Clerk of the Superior Court
*** Electronically Filed ***
9/11/2019 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD531248

8/28/2019

HONORABLE JENNIFER E. GREEN

CLERK OF THE COURT
K. Scanlon
Deputy

IN THE MATTER OF:

F1127183
DOB:

DAVID JORDAN PALMER II

JANNA LEE JOHNSON

ABRIENDA MARIA HANSEN

JEREMIAH JENSEN

COC-JUV-CERT DESK-MCSO-IN
STATE EXTRADITIONS (3)
MCSO - IN STATE EXTRADITIONS
DCS SPECIALIST - MARICOPA EAST
REGION
JUDGE GREEN

Bk#: T597565
KING, NICHOLAS L
Bk Dt: 11/14/2019

Sex: Male

el

## ORDER SECURING ATTENDANCE OF PRISONER

IT IS ORDERED that the Sheriff of Maricopa County is hereby directed to have Nicholas King, DOB            , #247402, currently placed at Lewis, in attendance for the purposes of a hearing

on     11/19/2019
at     1:30 PM
before Honorable Jennifer E. Green
at the Maricopa County Juvenile Court Center
Southeast Facility, 1810 S. Lewis St., Mesa, AZ 85210

28

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD531248                                              8/28/2019

     IT IS ORDERED that the Sheriff of Maricopa County retain custody of the prisoner until the hearing is completed and upon completion of the hearing, the prisoner is to be returned to the custody of Lewis.

     Ordered by the court on 8/27/2019.

     Three certified copies of this order have been provided to MCSO - In State Extraditions.

The foregoing instrument is a full, true and correct copy
of the original on file in this office.

Attest _____ Sep. 11 20 19

JEFF FINE, Clerk of the Superior Court of the
State of Arizona, in and for the County of Maricopa.

By _____ , Deputy Clerk

Docket Code TRANSPORTDOC          Form XPJDTransportDOC                    Page 2



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUG DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

## *****DETAINER*****

DATE: 11/14/2019

INMATE NAME:  KING, NICHOLAS L.
ADC #247402

RELEASED TO: MARICOPA COUNTY SHERIFFS DEPARTMENT

TO ALL LAW ENFORCEMENT AGENCIES:

This is to notify your Agency to place a DETAINER on behalf of the Arizona Department of Corrections.  Please DO NOT release the above referenced inmate prior to contacting the Arizona Department of Corrections Time Computation Unit Manager at (602) 524-1881 for verification of Arizona release date(s).

When returning the inmate to the custody of the Arizona Department of Corrections, please contact the Arizona State Prison Complex – Lewis Offender Information Unit at (623) 386-6160 ext 54036.

Sincerely,

_Sutter_ FOR:

Sheri Sutter CRCII

_CONTRERAS A7452_
Law Enforcement Name (Print)

_A7452_
Law Enforcement Signature

cc: Master Records File
    Institutional File

BK#: T597565
KING, NICHOLAS L
Bk Dt: 11/14/2019
DOB:
Sex:  Male

30