**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Nicholas Lorin King,
  Plaintiff
  -vs-
Paul Penzone, et al.,
  Defendants.

CV-20-1754-PHX-DLR (JFM)

**Order**

Under consideration are Plaintiff's Motion to Extend re Payment (Doc. 56), Motion to Notify re Case Management Report (Doc. 57), and Motion to Amend (Doc. 58) filed December 8, 2021. Although briefing on the motions is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motions.

In his single-count First Amended Complaint, Plaintiff named as Defendants Maricopa County Sheriff's Office (MCSO) Transport Officers 1 and 2, Booking Officer, and Classification Officer. On screening, the Court dismissed Transport Officer 1 and 2 and set a deadline for Plaintiff to file notices of substitution naming the other fictitiously named defendants. (Order 12/14/20, Doc. 11; Order 4/7/21, Doc. 21.) Plaintiff eventually filed a Notice of Substitution after receipt of some the records discussed hereinafter. Maricopa County Detention Officers M. Castillo, D. Chavez, and M. Crock were substituted for Defendants Unknown Classification and Booking Officers. (Order 8/11/21, Doc. 35.)

Plaintiff eventually served a subpoena on the Maricopa County Sheriff's Office (MCSO) in an effort to identify his defendants. Some records were produced, and then MCSO reported additional records were available and requested payment of $9.50 in copying costs. The Court set a deadline of December 13, 2021 for Plaintiff to "pay the copying fees." (Order 10/13/21, Doc. 43.)

1   On December 1, 2021, Plaintiff filed a motion to extend that deadline, asserting that on November 19, 2021 he had requested a distribution of the $9.50 from his inmate trust funds to MCSO, but had not yet received the documents. The Court denied the motion without prejudice because Plaintiff's nonreceipt of the documents failed to establish he required an extension. The Court noted that Plaintiff did not explain his delay in requesting the funds. (Order 12/2/21, Doc. 53.)

Plaintiff's new **Motion to Extend (Doc. 56)** again requests an extension, explaining he had to wait to request the payment until being paid so he would have the needed funds in his account, and provides evidence that the payment was made by the Arizona Department of Corrections, Rehabilitation and Reentry from his inmate account on November 19, 2021. Based on his nonreceipt of the records he again requests an extension.

However, in his Motion to Amend (Doc. 58), Plaintiff represents (confirming the Court's suspicions) that he has now received 30 pages of documents "from defendants, and they mailed Plaintiff's 9.50 check back to him." Accordingly, it appears that the payment was remitted (although now returned) and the responsive documents provided (either directly from MCSO, or through counsel). Thus, it appears no further records or payment are necessary, and thus no extension required. The Motion to Extend will be denied as moot.

In his **Motion for Notice re Case Management Report (Doc. 57)**, Plaintiff reports that on December 6, 2021 he submitted his Individual Case Management Report to prison officials for filing. The Court takes notice of Plaintiffs' representation, and awaits receipt of the filing.

In his **Motion to Amend (Doc. 58)**, Plaintiff indicates he has now identified the proper defendants, and seeks leave to amend by substituting (in place of Defendants Castillo, Chavez and Crock) Officer E. Miranda #B0839 as the Booking Officer, Officer Larry Durran as Classification Officer, Officer Nicole Sawyer as Classification Officer, and Officer Armenta-Mode as Classification Officer. Plaintiff requests service packets for these new defendants.

Plaintiff has not provided a proposed amended complaint, nor complied with Local Rule of Civil Procedure 15.1. Accordingly, the Court liberally construes this motion as one for leave to file a notice of substitution and for service. Briefing deadlines will be set.

**IT IS THEREFORE ORDERED:**

(A) Plaintiff's Motion to Extend re Payment (Doc. 56) is **DENIED AS MOOT**.

(B) Plaintiff's Motion for Notice re Case Management Report (Doc. 57) is **GRANTED** to the extent of the relief provided herein.

(C) Plaintiff's Motion to Amend (Doc. 58) is construed as a Motion for Leave to File Notices of Substitution.

(D) Defendants have through **December 22, 2021** to respond to the Moton for Leave to File Notices of Substitution and for Service (Doc. 58). Plaintiff has seven days from service of such response to reply thereto.

Dated: December 9, 2021

James F. Metcalf
United States Magistrate Judge

20-1754-056o Order 21 12 08 on Motion to Extend re Payment.docx